UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY, | No. 2:17-cv-1736 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file objections to the court's January 24, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 27) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file objections to the court's January 24, 2018 findings and recommendations.

Dated: June 27, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mccu1736.ext