UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCCURDY, | No. 2:17-cv-1736 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On May 9, 2019, plaintiff filed a request for an extension of time to serve requests for discovery upon defendant Thomas. Good cause appearing, that request will be granted. Plaintiff has also filed a motion to compel asking that the court order defendant Thomas to respond to certain requests for discovery. It appears the requests at issue were sent to Thomas after the expiration of the last deadline for serving requests. Therefore, Thomas was under no obligation to answer them. Since the court has now extended the deadline, plaintiff may re-serve any requests which were previously served after the last deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to serve requests for discovery upon defendant Thomas (ECF No. 53) is granted.

/////

2. Plaintiff is granted 30 days within which to serve requests for discovery upon defendant Thomas. Discovery will close on December 15, 2019 with any motion to compel being filed by that date. The pretrial motion deadline established in this court's March 18, 2019 scheduling order is extended to March 1, 2020.

3. Plaintiff's motion to compel (ECF No. 56) is denied.

Dated: September 12, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mccu1736.ext