UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. MCCURDY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-1736 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion seeking an extension of time to serve a notice of deposition on defendant. However, in his reply brief concerning the motion, plaintiff asserts he is indigent and does not have funds to pay costs associated with the deposition including court reporter fees. As it does not appear plaintiff will be able to depose defendant, his request for an extension of time to file a notice of deposition (ECF No. 60) is denied.

Dated: February 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mccu1736.ext